People v Music (2024 NY Slip Op 00506)

People v Music

2024 NY Slip Op 00506

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, AND KEANE, JJ.

59 KA 22-01809

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
CINDI E. MUSIC, DEFENDANT-APPELLANT. 

CRAIG M. CORDES, SYRACUSE, FOR DEFENDANT-APPELLANT.
KEITH A. SLEP, DISTRICT ATTORNEY, BELMONT (AMANDA B. NEWTON OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Allegany County Court (Terrence M. Parker, J.), rendered July 5, 2022. The judgment convicted defendant, upon a guilty plea, of attempted criminal sale of a controlled substance in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court